UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

03cv12503 WGY

MAYFLOWER TRANSIT, LLC,  )
                        )
        Plaintiff,      )   MAGISTRATE JUDGE Alexander
                        )   CIVIL ACTION
v.                      )   NO.
                        )
IRA ROTHMAN and         )
SALLY ROTHMAN,          )
                        )
        Defendants.     )

**PLAINTIFF'S CORPORATE DISCLOSURE**
**STATEMENT UNDER LOCAL RULE 7.3**

The plaintiff, Mayflower Transit, LLC, states that its parent corporation is UniGroup, Inc., One United Drive, Fenton, Missouri 63026. None of the plaintiff's stock is publicly held.

MAYFLOWER TRANSIT, LLC

By its attorney,

December 11, 2003

Wesley S. Chused (BBO #083520)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

10915/027/Pldg/02