AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF __Massachusetts__

Mayflower Transit, L.L.C.

V.

Ira Rothman and
Sally Rothman

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 CV 12503 WGY**

TO: (Name and address of defendant)

Ira Rothman
18 Albion Street
Newton, MA 02459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: DEC 1 2 2003

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

December 31, 2003

I hereby certify and return that on 12/27/2003 at 11:10AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of ROTHMAN, IRA, , 18 ALBION STREET Newton, MA and by mailing 1st class to the above address on 12/27/2003. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($5.12) Total Charges $32.92

*John F. Kennedy*

Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                Signature of Server

                               _____
                               Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.