AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF Massachusetts _____

| | |
|---|---|
| Mayflower Transit. L.L.C.<br><br>V.<br><br>Ira Rothman and<br>Sally Rothman | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>**03 CV 12503 WGY** |

TO: (Name and address of defendant)

Sally Rothman
18 Albion Street
Newton, MA  02459

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wesley S. Chused
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110
(617) 951- 2800

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(BY) DEPUTY CLERK

DATE  DEC 1 2 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

December 31, 2003

I hereby certify and return that on 12/27/2003 at 11:10AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of ROTHMAN, SALLY, , 18 ALBION STREET, , Newton, MA. Attest ($5.00), Basic Service Fee ($20.00), Conveyance ($1.80), Postage and Handling ($1.00), Travel ($3.84) Total Charges $31.64

*John F. Kennedy*
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                   Signature of Server

                                    _____
                                    Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.