UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAYFLOWER TRANSIT, LLC, ) | |
| ) | |
| *Plaintiff,* ) | CIVIL ACTION |
| ) | NO. 03-12503-WGY |
| v. ) | |
| ) | |
| IRA ROTHMAN and ) | |
| SALLY ROTHMAN, ) | |
| ) | |
| *Defendants.* ) | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**
**OF DEFENDANT SALLY ROTHMAN**
**(RULE 55(a))**

The plaintiff, Mayflower Transit, L.L.C. ("Mayflower"), pursuant to Fed. R. Civ. P. 55(a), hereby requests that a default be entered as to defendant Sally Rothman. In support of this request, Mayflower says that it made service of the Summons and Complaint in this action on defendant Sally Rothman on December 27, 2003, 2003, as appears on the officer's Return of Service, previously filed; that more than twenty (20) days have elapsed since the service of the Summons and Complaint upon defendant Sally Rothman; and that the said defendant has failed to plead or otherwise defend.

WHEREFORE, plaintiff Mayflower Transit, L.L.C. prays that the Court enter a default as to defendant Sally Rothman in this Action.

|  |  |
|---|---|
|  | MAYFLOWER TRANSIT, L.L.C.<br>By its attorney, |
| February 2, 2004 | /s/ _____<br>Wesley S. Chused (BBO# 083520)<br>LOONEY & GROSSMAN LLP<br>101 Arch Street<br>Boston, MA 02110<br>(617) 951-2800 |