UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12503-WGY

**MAYFLOWER TRANSIT, LLC**
**Plaintiff**

v.

**IRA ROTHMAN**
**Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Mayflower Transit, LLC, for an order of Default for failure of the Defendant, Ira Rothman, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on February 5, 2004.

Tony Anastas,
Clerk

By: *Marie Bell*
Deputy Clerk

Notice mailed to counsel of record and defendants.