UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION |
| | ) | NO. 03-12503-WGY |
| v. | ) | |
| | ) | |
| IRA ROTHMAN and | ) | |
| SALLY ROTHMAN, | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
<u>JUDGMENT AGAINST DEFENDANT IRA ROTHMAN</u>
(Fed. R. Civ. P. 55(b)(1))**

To the Clerk of the United States District Court for the District of Massachusetts:

The plaintiff, Mayflower Transit, LLC ("Mayflower"), pursuant to Fed. R. Civ. P. 55(b)(1), hereby requests that the Clerk of this Court enter a default judgment against defendant Ira Rothman in the amount of $6,869.39, plus interest and costs, as requested in the Complaint filed in this action. In support of this request, plaintiff Mayflower states as follows:

1. On February 5, 2004, this Court entered the default of defendant Ira Rothman as a consequence of his failure to timely plead or otherwise respond in this action. A copy of the Notice of Default is attached hereto as **Appendix A**.

2. The claim of the plaintiff, Mayflower, is for a sum certain or sum that, by computation, can be made certain, to wit: monies due Mayflower for interstate transportation services in accordance with Mayflower's duly published tariff, all as set forth in the Affidavit of

Janice Coleman, Mayflower's Collection Specialist, submitted in support of this Request and filed concurrently herewith.

  3. Upon information and belief, defendant Ira Rothman resides at 18 Albion Street, Newton, MA and is not a minor or an incompetent person or in the military service of the United States.

  4. The amount of the judgment to be entered, as indicated in the Coleman Affidavit, is justly due and owing, and the costs sought to be taxed have been or will necessarily be incurred in this action.

  WHEREFORE, the plaintiff, Mayflower Transit, LLC, prays that the Court enter a default judgment against defendant Ira Rothman in the sum of $6,869.39, plus interest and costs as prayed for in the Complaint.

            MAYFLOWER TRANSIT, LLC

            By its attorneys,

July 8, 2004         /s/ Wesley S. Chused
            Wesley S. Chused, BBO# 083520
            LOONEY & GROSSMAN LLP
            101 Arch Street
            Boston, MA 02110
            (617) 951-2800

## CERTIFICATE OF SERVICE

      I hereby certify that on July 8, 2004 I served a copy of the foregoing pleading upon all parties hereto via first class mail properly addressed to the following:

        Sally Rothman
        18 Albion Street
        Newton, MA 02459

        Ira Rothman
        18 Albion Street
        Newton, MA 02459

                      /s/ Wesley S. Chused
                      Wesley S. Chused