UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, LLC, | ) | |
| *Plaintiff,* | ) ) ) | CIVIL ACTION NO. 03-12503-WGY |
| v. | ) ) | |
| IRA ROTHMAN and SALLY ROTHMAN, | ) ) ) | |
| *Defendants.* | ) ) | |

**AFFIDAVIT OF JANICE COLEMAN IN SUPPORT
OF PLAINTIFF'S REQUEST FOR DEFAULT JUDGMENT**

STATE OF MISSOURI    }
COUNTY OF SAINT LOUIS }    ss.

Janice Coleman, upon oath, deposes and states as follows:

1. My name is Janice Coleman and I am Collection Specialist for the plaintiff, Mayflower Transit, LLC ("Mayflower"), in this lawsuit. My office is located at Mayflower's headquarters, One Mayflower Drive, Fenton, Missouri 63026. I make this affidavit in support of Mayflower's request for a default judgment against the defendants, Ira and Sally Rothman ("Rothmans"), in this lawsuit.

2. The statements made in this affidavit are true of my own personal knowledge and based upon the books and records kept by Mayflower in the ordinary course of its business.

3. My job duties and responsibilities include the responsibility to collect unpaid freight bills owed to Mayflower, which arise from its operations as an interstate motor carrier of household goods. I have reviewed Mayflower's records with respect to its claim against the Rothmans in this lawsuit. Those records include the bill of lading and freight bills for the Rothmans's shipment of

household goods that Mayflower transported in interstate commerce from Pittsburgh, Pennsylvania to Newton, Massachusetts on August 1, 2002, as described in pars. 5 through 11 of Mayflower's Complaint in this lawsuit.

4. Mayflower transported and delivered Rothmans' interstate shipment of household goods described in the Complaint and sent the Rothmans a freight bill for the shipment as described in the <u>Complaint</u>, par. 10. That freight bill has not been paid and the Rothmans' check bounced. See <u>Complaint</u>, pars. 8-11.

5. Mayflower's freight bill and charges were calculated based upon Mayflower's tariffs, published in accordance with the requirements of the ICC Termination Act of 1995 ("ICCTA").

6. As stated in the Complaint, in spite of Mayflower's demands for payment, the Rothmans have failed and refused to pay Mayflower's freight bill.

7. There is now due and owing to Mayflower from the Rothmans the sum of $6.869.39 in accordance with Mayflower's interstate freight tariff, plus interest and costs.

8. I have read Mayflower's Complaint in this case, and all facts stated therein are true.

I declare under t penalty of perjury that the foregoing is true and correct. Executed on June 4, 2004.

/s/ Janice Coleman
Janice Coleman

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 8, 2004 I served a copy of the foregoing pleading upon all parties hereto via first class mail properly addressed to the following:

    Sally Rothman
    18 Albion Street
    Newton, MA 02459

    Ira Rothman
    18 Albion Street
    Newton, MA 02459

        _/s/_ Wesley S. Chused_____
        Wesley S. Chused