UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MAYFLOWER TRANSIT, LLC,  )<br>                                        )<br>           *Plaintiff,*             )<br>                                        )<br>v.                                     )<br>                                        )<br>IRA ROTHMAN and            )<br>SALLY ROTHMAN,            )<br>                                        )<br>           *Defendants.*         )<br>                                        ) | CIVIL ACTION<br>NO.  03-12503-WGY |

## **MILITARY AFFIDAVIT**

STATE OF MISSOURI        }
                                           }
COUNTY OF SAINT LOUIS }        ss.

Janice Coleman, upon oath, deposes and states as follows:

1. My name is Janice Coleman and I am Collection Specialist for the plaintiff, Mayflower Transit, LLC ("Mayflower"), in this lawsuit.  My office is located at Mayflower's headquarters, One Mayflower Drive, Fenton, Missouri 63026.  I make this affidavit in support of Mayflower's request for a default judgment against the defendants, Ira and Sally Rothman ("Rothmans"), in this lawsuit.

2. The defendants, Ira Rothman and Sally Rothman, are not infants or incompetent persons.

3. The defendants, Ira Rothman and Sally Rothman, are not in the military service of the United States or its Allies, as defined in the Soldiers' and Sailors' Relief Act of 1940, as amended, but are at present residing at 18 Albion Street, Newton, MA 02459.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 28, 2004.

/s/ Janice Coleman<br>Janice Coleman

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2004 I served a copy of the foregoing pleading upon all parties hereto via first class mail properly addressed to the following:

> Sally Rothman
> 18 Albion Street
> Newton, MA 02459
>
> Ira Rothman
> 18 Albion Street
> Newton, MA 02459

/s/ Wesley S. Chused<br>Wesley S. Chused