UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIRST EXECUTION　　　　　　　　　　　　　CIVIL ACTION NO. 03-12503-WGY

To the United States Marshal for the District of Massachusetts or either of her Deputies and to _____, Special Process Server:

WHEREAS _Mayflower Transit, LLC_ has recovered judgment against _Ira Rothman and Sally Rothman_ _____ on the _14th_ day of _July, 2004_, 19 ___, for the sum of $ _6,869.39_, debt or damage, pre-judgment interest in the amount of $ _213.86_, and costs of this suit in the amount of $ _214.56_, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $ _$7,297.81_, in the whole, with interest thereon at the rate of _2.04%_ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at _____, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this ____ day of _____, 19 ____.

SEAL

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

(Execution 1st.wpd - 12/98)　　　　　　　　　　　　　　　　　　　　　　[writexec.]