# United States District Court

DISTRICT OF **Massachusetts**

MAYFLOWER TRANSIT, LLC

v.

IRA ROTHMAN AND SALLY ROTHMAN

**BILL OF COSTS**

Case Number: 03-12503-WGY

Judgment having been entered in the above entitled action on **7/14/04** (Date) against **Ira Rothman and Sally Rothman**, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 64.56 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL $** | **214.56** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:
Ira Rothman and Sally Rothman
18 Albion Street, Newton, MA 02459

Signature of Attorney: _[signature]_

Name of Attorney: **Wesley S. Chused**

For: **Plaintiff, Mayflower Transit, LLC**
Name of Claiming Party

Date: _____

Costs are taxed in the amount of _____ and included in the judgement.

Clerk of Court    By: _____    Deputy Clerk    Date

**LOONEY & GROSSMAN LLP**

26736

| DATE | DESCRIPTION | INVOICE # | AMOUNT | CHECK DEDUCTION | NET AMOUNT |
|---|---|---|---|---|---|
| 12/11/03 | U.S. DISTRICT COURT 10915.027 - COMPLAINT FILING FEE | | 150.00 | | 150.00 |

| CHECK DATE | CONTROL NUMBER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/11/03 | 26736 | TOTALS ▶ | Gross: | 150.00 | Ded: | 0.00 | Net: | 150.00 |