UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12503-WGY

MAYFLOWER TRANSIT, LLC,
    Plaintiff,

vs.

IRA ROTHMAN and
SALLY ROTHMAN,
    Defendants.

## SUGGESTION OF BANKRUPTCY

Now comes the Defendant, Ira Rothman and hereby states that he filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code on October 29, 2004, Case No. 04-18812-JNF and this action is hereby stayed pursuant to Section 362(a) of the United States Bankruptcy Code.

DATED at Braintree, MA this 3rd day of December, 2004.

        IRA ROTHMAN
        By his Attorneys,
        STEPHEN E. SHAMBAN LAW OFFICES, P.C.

By: /s/ Stephen E. Shamban
        STEPHEN E. SHAMBAN (BBO 453300)
        P.O. BOX 850973
        222 FORBES ROAD, STE. 208
        BRAINTREE, MA 02185-0973
        (781) 849-1136

jm:rothman.12.3.04

## CERTIFICATE OF SERVICE

I, December 3, 2004, do hereby certify that on December 3, 2004 I served the within Suggestion of Bankruptcy by mailing a copy of same first class mail, postage prepaid mail to Plaintiff's counsel of record:

Wesley Chused, Esq.
Looney & Grossman
101 Arch Street
Boston, MA 02110

Stephen E. Shamban, Esq.

jm:rothman.12.3.04