AO (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

DISTRICT OF   Massachusetts

| Mayflower Transit LLC | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| **Sally Rothman** | Case Number:[1]   03-cv-12503-WGY |

TO:   Sally Rothman
      985 Beacon Street
      Newton Center, MA 02459

**X** YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| **United States District Court** **One Courthouse Way** **Boston, MA 02210** | **Room 24 on the 7th Floor** |
| | DATE AND TIME |
| | **August 23, 2005 @ 3:00pm** |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *Eugenia Edge* | Aug 1st, 2005 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Eugenia Edge          (617) 748-9182
One Courthouse Way, Ste 2300
Boston, MA 02210

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.