UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MAYFLOWER TRANSIT, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION |
| | ) | NO.  03-12503-WGY |
| v. | ) | |
| | ) | |
| IRA ROTHMAN and | ) | |
| SALLY ROTHMAN, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

**PLAINTIFF/JUDGMENT-CREDITOR MAYFLOWER TRANSIT, LLC'S
MOTION TO WITHDRAW ITS APPLICATION FOR SUPPLEMENTARY PROCESS
UNDER MASSACHUSETTS GENERAL LAWS CH. 224, SECTION 14.**

Now comes the plaintiff, Mayflower Transit, LLC ("Mayflower"), judgment creditor, and

moves that its application for supplementary process, under Massachusetts General Laws, Chapter

224, Section 14 and Rule 69(a) of the Federal Rules of Civil Procedure, previously made to this

Court be withdrawn and/or dismissed without prejudice.  In support of this motion, Mayflower

states the following:

1) On July 14, 2004, Mayflower recovered judgment against Ira and Sally Rothman in the amount of $7,297.81, inclusive of pre-judgment interest and costs.
2) On September 23, 2004, this Court issued the First Execution.
3) On October 14, 2004, the Middlesex County Sheriff demanded that Ira and Sally Rothman make payment on the First Execution, by leaving the First Execution at their last and usual place of abode.
4) Sally Rothman has failed to make any payments toward the judgment, which remains outstanding and unsatisfied.
5) On April 20, 2005, Mayflower applied to this Court for supplementary process and requested that the Court summons Sally Rothman to appear before the Court to be examined under oath as to her property and her ability to pay.
6) This Court issued a subpoena to Sally Rothman requiring her to appear on August 23, 2005.  However, the subpoena was not able to be served and Sally Rothman did not appear.

At this time, Mayflower does not possess information as to the present whereabouts of Sally Rothman. Therefore, it requests that its application for supplementary process withdrawn and/or dismissed without prejudice. Mayflower reserves its right to re-apply for supplementary process should it locate Ms. Rothman.

MAYFLOWER TRANSIT, LLC

By its attorneys,


_____/s/ Mark M. Mulligan_____
Wesley S. Chused (BBO #083520)
Mark M. Mulligan (BBO #559431)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA  02110
(617) 951-2800

Dated: August 24, 2005